## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY HORSMON and FRED HORSMON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 11-cv-01050-CB |
| | ) | |
| ZIMMER HOLDINGS, INC., ZIMMER, INC., ZIMMER US, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Pursuant to Fed. R. Civ. Pro. 12(b)(6), the defendants, Zimmer Holdings, Inc., Zimmer, Inc., and Zimmer US, Inc. (collectively "Zimmer"), respectfully move the Court to dismiss with prejudice Counts II, III and IV of the Complaint In Civil Case ("Complaint") filed by the plaintiffs, Mary and Fred Horsmon ("Plaintiffs").  For the reasons more fully explained in the accompanying Memorandum Of Law In Support Of Defendants' Partial Motion To Dismiss Plaintiffs' Complaint, Counts II, III and IV fail to state claims upon which relief can be granted, and therefore should be dismissed.

WHEREFORE, the defendants, Zimmer Holdings, Inc., Zimmer, Inc., and Zimmer US, Inc., respectfully request that the Court dismiss Counts II, III and IV of Plaintiffs' Complaint, and for all other relief proper in the premises.

Respectfully submitted,

BAKER & DANIELS LLP

*/s/ Jessica Benson Cox*
Adrienne Franco Busby (Ind. Bar #22964-49A)
*(admitted pro hac vice)*
Jessica Benson Cox (Ind. Bar #26259-49)
*(admitted pro hac vice)*
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
adrienne.busby@bakerd.com
jessica.benson@bakerd.com
317.237.0300 telephone
317.237.1000 facsimile

Elizabeth Stroyd Windsor (PA No. 92010)
Morgan Lewis & Bockius LLP
One Oxford Centre, Suite 3200
Pittsburgh, PA  15219
ewindsor@morganlewis.com
412.560.3362 telephone

John P. Lavelle, Jr. (PA No. 54279)
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103-2921
jlavelle@morganlewis.com
215.963.5001 telephone

*Counsel for the defendants, Zimmer Holdings, Inc., Zimmer, Inc., and Zimmer US, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on September 9, 2011, a copy of the foregoing Defendants' Partial Motion To Dismiss Plaintiffs' Complaint was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> Alan H. Perer
> Diane W. Perer
> Swensen, Peter & Kontos
> One Oxford Centre, Suite 2501
> Pittsburgh, PA  15219

*/s/ Jessica Benson Cox*