## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY HORSMON and FRED HORSMON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 11-cv-01050-CB |
| | ) | |
| ZIMMER HOLDINGS, INC., ZIMMER, INC., | ) | |
| ZIMMER US, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING DEFENDANTS' PARTIAL
## MOTION TO DISMISS PLAINTIFFS' COMPLAINT

AND NOW, this 14th day of September, 2011, upon consideration of Zimmer

Holdings, Inc., Zimmer, Inc., and Zimmer US, Inc.'s Partial Motion to Dismiss Plaintiffs'

Complaint (Docket No. 12) ("the Motion") and Plaintiffs' Memorandum in Response (Docket

No. 13), it is HEREBY ORDERED that the Motion is GRANTED, and Counts II, III and IV of

Plaintiffs' Complaint are HEREBY DISMISSED WITH PREJUDICE.


Dated: _____          _____
                                  Judge Cathy Bissoon

BDDB01 6854708v1

2

Distribution:
Adrienne Franco Busby
Jessica Benson Cox
BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204

Elizabeth Stroyd Windsor
Morgan Lewis & Bockius LLP
One Oxford Centre, Suite 3200
Pittsburgh, PA  15219

John P. Lavelle, Jr.
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103-2921

Alan H. Perer
Diane W. Perer
Swensen, Peter & Kontos
One Oxford Centre, Suite 2501
Pittsburgh, PA  15219

BDDB01 6854708v1